THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No.: 5:10-CV-363 (FL)

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPOURTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>APPLE GOLD, INC., D/B/A APPLEBEE'S,<br><br>Defendant. | ORDER GRANTING DEFENDANT'S MOTION TO RESCHEDULE FED. R. CIV. P. 16(b) SCHEDULING CONFERENCE<br>(WITH PLAINTIFF'S CONSENT) |

**FOR GOOD CAUSE SHOWN**, upon Defendant's Motion to Reschedule, with Plaintiff's consent, the Rule 16(b) scheduling conference is hereby rescheduled to February 14, 2011 at 10:00 a.m. E.S.T.

**SO ORDERED**, this the 10th day of January, 2011.

_____
LOUISE W. FLANAGAN
Chief United States District Court Judge